UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CR369 HEA |
| | ) |
| MARCUS MITCHELL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the final supervised release revocation hearing is set in this matter for Wednesday, July, 20, 2011, is reset to Tuesday, August 16, 2011, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 20th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE